IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-CV-969-H(2)



INSURANCE CORPORATION OF
HANNOVER AS SUBROGEE OF ANDREA
PANDOLFO AND RODNEY PANDOLFO
    Plaintiffs,

vs.

WILLIAM RYAN, MARY JO RYAN,
DANIEL RYAN, MITCHELL STOKES,
JANET STOKES, KYLE STOKES, JAMES
L. MCCORMICK, PAMELA MCCORMICK,
MARY MCCORMICK, MOLLIE
MCCORMICK, MOLLY MCCORMICK,
JAMES M. MCGANN, MARY ANN
MCGANN, MELISSA MCGANN, ALVIN
WHITE, LINDA WHITE, BRETT WHITE,
JAMES R. WHITED, JANET WHITED,
BENJAMIN WHITED, BEN WHITED,
THEODORE WEILAND, KELLY
WEILAND, DAVID FORTUNE, NEENA
FORTUNE, LINDSAY FORTUNE,
THOMAS BRYNES, MAEYE BRYNES,
BRENDAND BRYNES, EDWARD LALLY,
DIANE LALLY, CAITLIN LALLY, SCOTT
WILSON, STEPHANIE WILSON, JESSICA
CURTIS AND JESSICA CURTIS,
    Defendants.

**NOTICE OF REMOVAL**

TO:    The United States District Court
    For the Eastern District of North Carolina
    and
    Insurance Corporation of Hannover, as
    Subrogee of Andrea Pandolfo and
    Rodney Pandolfo
    By and through its counsel of record,
    Brady A. Yntema, Esq.
    N.C. State Bar No. 25771
    Pinto Coates Kyre & Brown, PLLC
    P.O. Box 4848
    Greensboro, NC 27404

Defendants James L. McCormick, Pamela McCormick and Mary McCormick a/k/a Mollie McCormick (hereinafter collectively "Defendants McCormick"), through their undersigned counsel, remove the above-entitled action from the General Court of Justice of the Superior Court Division of Wake County, North Carolina, to this Court, pursuant to the provisions of Title 28 U.S.C. Sec. 1441 et. seq., on the following grounds:

1.      This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction pursuant to Title 28 U.S.C. Sec. 1332 in that there exists diversity of citizenship between the plaintiff and the defendants and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. The Plaintiff's Complaint contains a cause of action for money damages.

2.      Under the provisions of 28 U.S.C. Sec. 1441 et. seq., the right exists to remove this cause from the Superior Court Division of Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina, which is the District where this action is pending.

3.      In his Complaint, Plaintiff asserts claims against Defendants founded in negligence, strict liability, willful and malicious conduct and negligent supervision and seeks to recover through a subrogation action monetary damages for property damage allegedly arising out of Defendants' conduct.

4.      Upon information and belief, Plaintiff is now, and was at the commencement of this action, a foreign corporation, and Plaintiff's insureds through whom it claims its subrogation interests are citizens and residents of the State of Connecticut.

5.      Defendants James L. McCormick and Pamela McCormick are now, and were at the commencement of this litigation, a citizen and resident of Wake County, North Carolina.

Defendant Mary McCormick a/k/a Mollie McCormick is now, and was at the commencement of this action a citizen and resident of the State of Tennessee. Upon information and belief, the remaining Defendants in this action are citizens and residents of Wake County, North Carolina.

6. The date on or before which Defendants McCormick are required by the Rules of Civil Procedure of the State of North Carolina to answer or otherwise plead to Plaintiff's Complaint has not lapsed.

7. In accordance with the requirements of Title 28 U.S.C. Sec. 1446, Defendants McCormick are attaching hereto a copy of all process, pleadings, and orders served upon Defendants McCormick in this action (attached as Exhibit A) and this Notice of Removal is being filed within thirty (30) days after the receipt by Defendants McCormick, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

8. Service of this Notice of Removal has been made on all parties as required by law.

9. As part of the filing of this Notice of Removal, Defendants McCormick are also serving a "Notice of Filing of Notice of Removal" (attached as Exhibit B) upon the Plaintiff and upon the Clerk of Superior Court of Wake County, North Carolina for filing in that court, along with a copy of this Notice of Removal, as required by law.

10. This Notice of Removal is filed in compliance with Rule 11, Federal Rules of Civil Procedure.

11. Defendants McCormick reserve all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and do not waive said defenses by the filing of this Notice.

12.    Counsel for Defendants McCormick has received consent for this removal from counsel for Defendants Fortune, Defendants Byrnes, Defendants McGann. Counsel for Defendants McCormick left message for Counsel for Defendants Lally and Defendants Weiland regarding their position on the removal of this matter from state court but has not heard back from said counsel as of the filing of this Notice of Removal.

Counsel for Defendants McCormick is not aware of any counsel for Defendants Ryan, Defendants White, Defendants Whited, Defendants Wojciechowski, Defendants Wilson and Defendants Stokes, and has not been able to reach Defendants Ryan, Defendants White, Defendants Whited, Defendants Wojciechowski, Defendants Wilson and Defendants Stokes regarding their position on removal of this action.

WHEREFORE, Defendants McCormick pray that this action be removed to this Court for further proceedings, as though this action had originally been instituted in this Court.

This the **22** day of December, 2004.

YOUNG, MOORE, AND HENDERSON P.A.

BY: _____

JAY P. TOBIN
NCSB No. 17288
Attorneys for Defendant
James L. McCormick,
Pamela McCormick and
Mary McCormick a/k/a Mollie McCormick
Post Office Box 31627
Raleigh, North Carolina 27622
Telephone: (919) 782-6860
Telefacsimile: (919) 785-3334

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing Notice of Removal upon the attorney and parties shown below by depositing a copy of same in the United States mail, postage prepaid, addressed to said attorney and parties.

This the 22 day of December, 2004.

YOUNG MOORE AND HENDERSON P.A.

BY: _____

JAY H. TOBIN
NCSB No. 17288
Attorneys for Defendants
James L. McCormick,
Pamela McCormick and
Mary McCormick
P.O. Box 31627
Raleigh, NC 27622
(919) 782-6860

Served on:

Brady A. Yntema
Pinto Coates Kyre & Brown, PLLC
Post Office Box 4848
Greensboro, NC27404
*Attorneys for Plaintiff*

Robert E. Smith, Esq.
Smith Law Offices, P.C.
Post Office Box 1069
Raleigh, North Carolina 27602
*Attorneys for Defendants, Diane Lally and Caitlin Lally*

William W. Pollock, Esq.
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
*Attorneys for Defendants, David Fortune, Neena Fortune, and Lindsay Fortune*

Jon Berkelhammer, Esq.
Montaye Sigmon McGee
Smith Moore, LLP
300 North Greene Street
Suite 1400
Post Office Box 21927 (Zip: 27420)
Greensboro, North Carolina 27401
*Attorneys for Defendants, Kelly Weiland, Theodore Weiland and Wanda Weiland*

Scott A. Scurfield, Esq.
Yates McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
*Attorneys for Defendants McGann*

Jeffery H. Blackwell, Esq.
Hedrick Eatman Gardner & Kincheloe, LLP
1508 Military Cutoff Road, Suite 202
Wilmington, North Carolina 28403
Telephone: 910-509-9664
Fax: 910-509-9630
*Attorneys for Defendants, Thomas Byrnes, Maeve Byrnes, Brendan Byrnes*

573532/'198-277

# EXHIBIT A

**STATE OF NORTH CAROLINA**

| File No. |
|---|

| Film No.: |
|---|

WAKE _____ County

In The General Court of Justice
☐ District Court  ☒ Superior Court

| Plaintiff Name |
|---|
| Insurance Corporation of Hannover as Subrogee of Andrea Pandolfo and Rodney Pandolfo |

| Address |
|---|

| City, State, Zip |
|---|

## CIVIL SUMMONS

GS 1A-1, Rules 3,4

**VERSUS**

**Defendants**
William Ryan, Mary Jo Ryan, Daniel Ryan, Mitchell Stokes, Janet Stokes, Kyle Stokes, James L. McCormick, Pamela McCormick, Mary McCormick, Mollie McCormick, Molly McCormick, James M. McGann, Mary Anne McGann, Melissa McGann, Alvin White, Linda White, Brett White, James R. Whited, Janet Whited, Benjamin Whited, Ben Whited, Theodore Weiland, Wanda Weiland, Kelly Weiland, David Fortune, Neena Fortune, Lindsay Fortune, Thomas Byrnes, Maeve Byrnes, Brendan Byrnes, Edward Lally, Diane Lally, Caitlin Lally, Scott Wilson, Stephanie Wilson, Jessica Curtis and Jessiac Curtis,

* ☐ Alias and Pluries Summons
The summons originally issued against you was returned not served.

| Date Last Summons Issued | * Disregard this section unless the block is checked. |
|---|---|

TO:                                              TO:

| Name & Address of First Defendant | Name & Address of Second Defendant |
|---|---|
| James L. McCormick<br>5041 Boulder Creek Lane<br>Raleigh, NC 27613-6076 | Pamela McCormick<br>5041 Boulder Creek Lane<br>Raleigh, NC 27613-6076 |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his/her attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him/her or by mailing it to him/her at his/her last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney<br>If none, Address of Plaintiff<br>Brady Yntema<br>Pinto Coates Kyre & Brown, PLLC<br>P.O. Box 4848<br>Greensboro, NC 27404 | Date Issued<br>NOV 1 7 2004 | Time Issued<br>2:25 ☐ AM ☑ PM |
|---|---|---|
| | Signature | |
| | ☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk of Superior Court | |

☐ **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | Date of Endorsement | Time Issued<br>☐ AM ☐ PM |
|---|---|---|
| | Signature | |

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk of Superior Court

AOC-CV-100

STATE OF NORTH CAROLINA

| | File No. |
| --- | --- |
| | Film No.: |

_____ WAKE _____ County

In The General Court of Justice
☐ District Court ☒ Superior Court

| Plaintiff Name | |
| --- | --- |
| Insurance Corporation of Hannover as Subrogee of Andrea Pandolfo and Rodney Pandolfo | **CIVIL SUMMONS** |
| Address | GS 1A-1, Rules 3,4 |
| City, State, Zip | |

## VERSUS

**Defendants**
William Ryan, Mary Jo Ryan, Daniel Ryan, Mitchell Stokes, Janet Stokes, Kyle Stokes, James L. McCormick, Pamela McCormick, Mary McCormick, Mollie McCormick, Molly McCormick, James M. McGann, Mary Anne McGann, Melissa McGann, Alvin White, Linda White, Brett White, James R. Whited, Janet Whited, Benjamin Whited, Ben Whited, Theodore Weiland, Wanda Weiland, Kelly Weiland, David Fortune, Neena Fortune, Lindsay Fortune, Thomas Byrnes, Maeve Byrnes, Brendan Byrnes, Edward Lally, Diane Lally, Caitlin Lally, Scott Wilson, Stephanie Wilson, Jessica Curtis and Jessiac Curtis,

\* ☐ Alias and Pluries Summons
The summons originally issued against you was returned not served.

| Date Last Summons Issued | * **Disregard this section unless the block is checked.** |
| --- | --- |

TO:

TO:

| Name & Address of First Defendant | Name & Address of Second Defendant |
| --- | --- |
| Mollie McCormick | Molly McCormick |
| 5041 Boulder Creek Lane | 5041 Boulder Creek Lane |
| Raleigh, NC 27613-6076 | Raleigh, NC 27613-6076 |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his/her attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him/her or by mailing it to him/her at his/her last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney If none, Address of Plaintiff | Date Issued | Time Issued |
| --- | --- | --- |
| Brady Yntema | NOV 1 7 2004 | 2:25 ☐ AM ☒ PM |
| Pinto Coates Kyre & Brown, PLLC | Signature | |
| P.O. Box 4848 | | |
| Greensboro, NC 27404 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

☐ **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | Date of Endorsement | Time Issued |
| --- | --- | --- |
| | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

AOC-CV-100

# STATE OF NORTH CAROLINA

File No.

Film No.:

_____ **WAKE** _____ County

In The General Court of Justice
☐ District Court   ☒ Superior Court

| Plaintiff Name |
| --- |
| Insurance Corporation of Hannover as Subrogee of Andrea Pandolfo and Rodney Pandolfo |

**CIVIL SUMMONS**

GS 1A-1, Rules 3,4

| Address |
| --- |

| City, State, Zip |
| --- |

## VERSUS

| Defendants |
| --- |
| William Ryan, Mary Jo Ryan, Daniel Ryan, Mitchell Stokes, Janet Stokes, Kyle Stokes, James L. McCormick, Pamela McCormick, Mary McCormick, Mollie McCormick, Molly McCormick, James M. McGann, Mary Anne McGann, Melissa McGann, Alvin White, Linda White, Brett White, James R. Whited, Janet Whited, Benjamin Whited, Ben Whited, Theodore Weiland, Wanda Weiland, Kelly Weiland, David Fortune, Neena Fortune, Lindsay Fortune, Thomas Byrnes, Maeve Byrnes, Brendan Byrnes, Edward Lally, Diane Lally, Caitlin Lally, Scott Wilson, Stephanie Wilson, Jessica Curtis and Jessiac Curtis, |

\* ☐ Alias and Pluries Summons
The summons originally issued against you was returned not served.

| Date Last Summons Issued | * Disregard this section unless the block is checked. |
| --- | --- |

| TO: | TO: |
| --- | --- |
| Name & Address of First Defendant | Name & Address of Second Defendant |
| Mary McCormick<br>5041 Boulder Creek Lane<br>Raleigh, NC 27613-6076 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his/her attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him/her or by mailing it to him/her at his/her last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney<br>If none, Address of Plaintiff<br>Brady Yntema<br>Pinto Coates Kyre & Brown, PLLC<br>P.O. Box 4848<br>Greensboro, NC 27404 | Date Issued | Time Issued<br>2:25 ☐ AM ☐ PM |
| --- | --- | --- |
| | Signature | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court | |

☐ ENDORSEMENT
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | Date of Endorsement | Time Issued<br>☐ AM ☐ PM |
| --- | --- | --- |
| | Signature | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court | |

Case 5:04-cv-00969-BO   Document 1   Filed 12/22/04   Page 10 of 25

AOC-CV-100

STATE OF NORTH CAROLINA

WAKE County

FILED
NOV 2 25
WAKE COUNTY, C.S.C.
BY

File No.

| Name of Plaintiff | |
|---|---|
| INSURANCE CORPORATION OF HANNOVER as Subrogee of Andrea Pandolfo and Rodney Pandolfo | |

**GENERAL CIVIL ACTION COVER SHEET**

☒ INITIAL FILING  ☐ SUBSEQUENT FILING

Rule 5(b), Rules of Practice For Superior Court and District Courts

| Tax ID/SSN | |
|---|---|
| Name of Plaintiff 2 | |
| Tax ID/SSN | |
| Name of Plaintiff 3 | |
| Tax ID/SSN | |

Name and Address of Attorney or Party, If Not Represented (complete for initial appearance or change of address)
**BRADY YNTEMA**
**Pinto Coates Kyre & Brown, PLLC**
**Post Office Box 4848**
**Greensboro, North Carolina 27404**

**VERSUS**

| Attorney Bar No. |
|---|
| 25771 |

| Name of Defendant |
|---|
| **WILLIAM RYAN** |

X Initial Appearance in Case  ___ Change of Address

| Tax ID/SSN | Summons Submitted ☒ Yes ☐ No |
|---|---|

| Name of Defendant 2 |
|---|
| **MARY JO RYAN** |

Name of Firm
**Pinto Coates Kyre & Brown, PLLC**

| Tax ID/SSN | Summons Submitted ☒ Yes ☐ No |
|---|---|

| Tax ID No. | Telephone No. (336) 282-8848 | Fax No. (336) 282-8409 |
|---|---|---|

| Name of Defendant 3 |
|---|
| **DANIEL RYAN** |

Counsel for
X All Plaintiffs _ All Defendants __ Only (List party(ies) represented)

| Tax ID/SSN | Summons Submitted ☒ Yes ☐ No |
|---|---|

Jury Demanded in Pleading? ☒ Yes  ☐ No

___ Amount in controversy does not exceed $15,000
___ Stipulate to arbitrate

| **TYPE OF PLEADING** | **CLAIM FOR RELIEF** |
|---|---|

(check all that apply)

☐ Amended Answer/Reply (AMND – Response)
☐ Amended Complaint (AMND)
☐ Answer/Reply (ANSW – Response)
☒ Complaint (COMP)
☐ Confession of Judgment (CNFJ)
☐ Counterclaim vs. (CTCL)
　　☐ All Plaintiffs　☐ Only (list on back)
☐ Crossclaim vs. (list on back) (CRSS)
☐ Extend Statute of Limitations, Rule 9 (ESOL)
☐ Extend Time to Answer (MEOT – Response)
☐ Extend Time for Complaint (EXCO)
☐ Rule 12 Motion in Lieu of Answer (MDLA)
☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL)
☐ Other: (specify)

☐ Administrative Appeal (ADMA)
☐ Appointment of Receiver (APRC)
☐ Attachment/Garnishment (ATTC)
☐ Claim and Delivery (CLMD)
☐ Collection on Account (ACCT)
☐ Condemnation (CNDM)
☐ Contract (CNTR)
☐ Discovery Scheduling Order (DSCH)
☐ Injunction (INJU)
☐ Medical Malpractice (MDML)
☐ Minor Settlement (MSTL)
☐ Money Owed (MNYO)
☐ Negligence - Motor Vehicle (MVNG)
☒ Negligence – Other (NEGO)
☐ Motor Vehicle Lien G.S. 44A (MVLN)
☐ Limited Driving Privilege – Out-of-State Convictions (PLDP)
☐ Possession of Personal Property (POPP)
☐ Product Liability (PROD)
☐ Real Property (RLPR)
☐ Specific Performance (SPPR)
☒ Other: (specify) STRICT LIABILITY

NOTE: Small claims are exempt from cover sheets.

| Date | Signature |
|---|---|
| 11/17/04 | |

NOTE: All papers filed in civil actions, special proceedings and estates shall include as the first page of filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile any paper which does not included the required cover sheet.

AOC-CV-751, New 10/96

| No. | ☐ Additional Plaintiffs | | | Tax ID/SSN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| No. | ☒ Additional Defendant(s)    ☐ Third-Party Defendant(s) | Tax ID/SSN | Summons |
|---|---|---|---|
| 4 | MITCHELL STOKES | | ☐ Yes   ☐ No |
| 5 | JANET STOKES | | |
| 6 | KYLE STOKES | | ☐ Yes   ☐ No |
| 7 | JAMES L. McCORMICK | | |
| 8 | PAMELA McCORMICK | | |
| 9 | MARY McCORMICK | | |
| 10 | MOLLIE McCORMICK | | |
| 11 | MOLLY McCORMICK | | |
| 12 | JAMES M. McGANN | | |
| 13 | MARY ANNE McGANN | | |
| 14 | MELISSA McGANN | | |
| 15 | ALVIN WHITE | | |
| 16 | LINDA WHITE | | |
| 17 | BRETT WHITE | | |
| 18 | JAMES WHITED | | |
| 19 | JANET WHITED | | |
| 20 | BENJAMIN WHTED | | |
| 21 | BEN WHITED | | |
| 22 | STANLEY WOJCIECHOWSKI | | |
| 23 | EILEEN WOJCIECHOWSKI | | |
| 24 | AMY WOJCIECHOWSKI | | |
| 25 | THEODORE WEILAND | | |
| 26 | WANDA WEILAND | | |
| 27 | KELLY WEILAND | | |
| 28 | DAVID FORTUNE | | |
| 29 | NEENA FORTUNE | | |
| 30 | LINDSAY FORTUNE | | |
| 31 | THOMAS BYRNES | | |
| 32 | MAEVE BYRNES | | |
| 33 | BRENDAN BYRNES | | |
| 34 | EDWARD LALLY | | |
| 35 | DIANE LALLY | | |

| 36 | CAITLIN LALLY | | |
|----|------------------|---|---|
| 37 | SCOTT WILSON | | |
| 38 | STEPHANIE WILSON | | |
| 39 | JESSICA CURTIS | | |
| 40 | JESSIAC CURTIS | | |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two
New 10/96

NORTH CAROLINA     FILED IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

WAKE COUNTY     2004 NOV 17 PM 2: 25     04-CvS-

INSURANCE CORPORATION OF   WAKE COUNTY C.S.C.
HANNOVER, as Subrogee of
Andrea Pandolfo and Rodney Pandolfo,   BY

Plaintiff,

vs.

WILLIAM RYAN, MARY JO RYAN,
DANIEL RYAN, MITCHELL STOKES,
JANE STOKES, KYLE STOKES,
JAMES L. McCORMICK,
PAMELA McCORMICK, MARY
McCORMICK, MOLLIE McCORMICK,
MOLLY McCORMICK, JAMES M.
McGANN, MARY ANNE McGANN,
MELISSA McGANN, ALVIN WHITE,
LINDA WHITE, BRETT WHITE,
JAMES R. WHITED, JANET WHITED
BENJAMIN WHITED, BEN WHITED,
STANLEY WOJCIECHOWSKI, EILEEN
WOJCIECHOWSKI, AMY
WOJCIECHOWSKI, THEODORE
WEILAND, WANDA WEILAND,
KELLY WEILAND, DAVID FORTUNE,
NEENA FORTUNE, LINDSAY
FORTUNE, THOMAS BYRNES,
MAEVE BYRNES, BRENDAN BYRNES,
EDWARD LALLY, DIANE LALLY,
CAITLIN LALLY, SCOTT WILSON,
STEPHANIE WILSON, JESSICA
CURTIS and JESSIAC CURTIS,

Defendants.

**COMPLAINT**

NOW COMES Insurance Corporation of Hannover ("Hannover"), as Subrogee of Andrea Pandolfo and Rodney Pandolfo as follows:

1.     Plaintiff Hannover is a corporation organized under the laws of a state other than North Carolina and is licensed to do business in North Carolina, including Wake County, North Carolina.

2. Upon information and belief, Defendants William Ryan, Mary Jo Ryan and Daniel Ryan are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants William Ryan and Mary Jo Ryan were and currently are the parents or legal Guardians of Defendant Daniel Ryan.

3. Upon information and belief, Defendants Mitchell Stokes, Jane Stokes and Kyle Stokes are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Mitchell Stokes and Jane Stokes were and are currently the parents or legal Guardians of Defendant Kyle Stokes.

4. Upon information and belief, Defendants James L. McCormick, Pamela McCormick, Mary McCormick, Mollie McCormick or Molly McCormick are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants James L. McCormick and Pamela McCormick were and are currently the parents or legal Guardians of Defendant Mary McCormick, Mollie McCormick and/or Molly McCormick.

5. Upon information and belief, Defendants James M. McGann, Mary Anne McGann and Melissa McGann are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants James M. McGann and Mary Anne McGann were and are the parents or legal Guardians of Defendant Melissa McGann.

6. Upon information and belief, Defendants Alvin White, Linda White and Brett White are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Alvin White and Linda White were and are currently the parents or legal Guardians of Defendant Brett White.

7. Upon information and belief, Defendants James R. Whited, Janet Whited, Benjamin Whited or Ben Whited, are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants James R. Whited and Janet Whited were and are currently the parents or legal Guardians of Defendant Benjamin Whited or Ben Whited.

8. Upon information and belief, Defendants Stanley Wojciechowski, Eileen Wojciechowski, and Amy Wojciechowski are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Stanley Wojciechowski and Eileen Wojciechowski were and are currently parents or legal Guardians of Defendant Amy Wojciechowski.

9. Upon information and belief, Defendants Theodore Weiland, Wanda Weiland and Kelly Weiland are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Theodore Weiland and Wanda Weiland were and are currently the parents or legal Guardians of Defendant Kelly Weiland.

10. Upon information and belief, Defendant David Fortune, Neena Fortune and Lindsay Fortune are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants David Fortune and Neena Fortune were and are currently the parents or legal Guardians of Defendant Lindsay Fortune.

11. Upon information and belief, Defendants Thomas Byrnes, Maeve Byrnes and Brendan Byrnes are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Thomas Byrnes and Maeve Byrnes were and are currently parents or legal Guardians of Defendant Brendan Byrnes.

12. Upon information and belief, Defendants Edward Lally, Diane Lally and Caitlin Lally are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Edward Lally and Diane Lally were and are currently the parents or legal Guardians of Defendant Caitlin Lally.

13. Upon information and belief, Defendants Scott Wilson, Stephanie Wilson, Jessica Curtis or Jessiac Curtis are citizens and residents of Wake County, North Carolina. Upon information and belief, at all times relevant herein, Defendants Scott Wilson and Stephanie Wilson were and are currently parents or legal Guardians of Defendant Jessica Curtis and/or Jessiac Curtis.

14. On November 17, 2001, Andrea and Rodney Pandolfo ("Pandolfos") owned a home located at 11821 Six Forks Road, Raleigh, North Carolina 27614 ("Pandolfo Home").

15. Upon information and belief, on November 17, 2001, the Pandolfo Home was listed with Defendant Mary Jo Ryan as a real estate agent for its sale and that Defendant Mary Jo Ryan maintained possession and control of keys to the Pandolfo Home.

16. Upon information and belief, on November 17, 2001, Defendant Mary Jo Ryan either negligently or recklessly entrusted the Pandolfo Home keys to her son, Defendant Daniel Ryan, or negligently supervised and maintained the safety of the Pandolfo Home keys which were in Defendant Mary Jo Ryan's possession.

17. Upon information and belief, on November 17, 2001, Defendant Daniel Ryan obtained possession of the keys to the Pandolfo Home and used them to enter the Pandolfo Home, with Defendants Kyle Stokes, Mary McCormick, Mollie McCormick or Molly McCormick, Melissa McGann, Brett White, Benjamin Whited or Ben Whited, Amy Wojciechowski, Kelly Weiland, Lindsay Fortune, Brendan Byrnes, Caitlin Lally and Jessica Curtis or Jessiac Curtis, without the knowledge or permission of the Pandolfos, and each of these Defendants, individually and collectively, proceeded to cause excessive damage to the Pandolfo Home, including excessive damage to the home's walls and floors, the Pandolfos' furniture and linen and the discharge of a large number of fire extinguishers into the home's ventilation system ("Incident").

18.　At the time of the Incident, Plaintiff Hannover had in effect a homeowners policy of insurance issued to the Pandolfos, as owners of the Pandolfo Home, which provided coverage for damage caused by the Incident.

19.　As a result of the damages to the Pandolfo Home and other personal items, Plaintiff Hannover has been required, pursuant to its insurance policy, to expend in excess of $85,000.00 for repairs and remediation of the damages caused to the Pandolfo Home and for the value of the damaged and lost contents, all of which was caused by the Incident, and Plaintiff Hannover is subrogated to the rights of the Pandolfos against each of the Defendants.

## FIRST CAUSE OF ACTION
### (Negligence of Defendant Mary Jo Ryan)

20.　The allegations asserted in paragraphs 1-19 are incorporated as if fully asserted herein.

21.　Defendant Mary Jo Ryan was negligent in failing to properly maintain and control the keys entrusted to her by the Pandolfos in an unsafe manner and negligently allowed the keys to be taken by Defendant Daniel Ryan, without proper supervision, and such negligence on the part of Defendant Mary Jo Ryan allowed the aforementioned Defendants to enter the Pandolfo Home and cause the Incident.

22.　As a proximate result of Defendant Mary Jo Ryan's negligence, the Incident occurred causing severe damage to the Pandolfo Home and its contents to the expense of Plaintiff Hannover and Plaintiff Hannover was damaged by the conduct of Defendant Mary Jo Ryan in an amount in excess of $10,000.00.

## SECOND CAUSE OF ACTION
### (Negligence of Daniel Ryan)

23.　The allegations asserted in paragraphs 1-22 are incorporated as if fully asserted herein.

24.　Defendant Daniel Ryan used the keys to the Pandolfo Home in such a negligent manner which allowed other individuals to enter the Pandolfo Home, without the permission of the Pandolfos, and negligently failed to properly supervise or control the conduct of such individuals which resulted in the Incident.

25.　As a proximate result of Defendant Daniel Ryan's negligence, the Incident occurred causing severe damage to the Pandolfo Home and its contents to the expense of Plaintiff Hannover and Plaintiff Hannover was damaged by the conduct of Defendant Daniel Ryan in an amount in excess of $10,000.00.

## THIRD CAUSE OF ACTION
### (Defendants' Willful and Malicious Conduct)

26.    The allegations asserted in paragraphs 1-25 are incorporated as if fully asserted herein.

27.    Defendants Daniel Ryan, Kyle Stokes, Mary McCormick, Mollie McCormick or Molly McCormick, Melissa McGann, Brett White, Benjamin Whited or Ben Whited, Amy Wojciechowski, Kelly Weiland, Lindsay Fortune, Brendan Byrnes, Caitlin Lally, Jessica Curtis or Jessiac Curtis, each individually and collectively entered the Pandolfo Home and, without permission of the Pandolfos, willfully, wantonly and maliciously vandalized and caused severe damage to the Pandolfo's Home.

28.    As a proximate result of the willful, wanton and malicious conduct of Defendants Daniel Ryan, Kyle Stokes, Mary McCormick, Mollie McCormick or Molly McCormick, Melissa McGann, Brett White, Benjamin Whited or Ben Whited, Amy Wojciechowski, Kelly Weiland, Lindsay Fortune, Brendan Byrnes, Caitlin Lally, Jessica Curtis or Jessiac Curtis, Plaintiff Hannover was damaged in an amount in excess of $10,000.00.

## FOURTH CAUSE OF ACTION
### (Strict Liability Of Parents or Legal Guardians)

29.    The allegations asserted in paragraphs 1-28 are incorporated as if fully asserted herein.

30.    The individual Defendants stated in paragraphs 17, 27 and 28, upon information and belief, were minor children at the time of the Incident.

31.    Defendants William Ryan, Mary Jo Ryan, Mitchell Stokes, Jane Stokes, James L. McCormick, Pamela McCormick, James M. McGann, Mary Anne McGann, Alvin White, Linda White,   James R. Whited, Janet Whited, Stanley Wojciechowski, Eileen Wojciechowski, Theodore Weiland, Wanda Weiland, David Fortune, Neena Fortune, Thomas Byrnes, Maeve Byrnes, Edward Lally, Diane Lally, Scott Wilson, and Stephanie Wilson, as parents and/or legal guardians of the various individual Defendants stated in paragraphs 17, 27 and 28 of this Complaint (collectively referred to as "Defendant Parents and/or Legal Guardians"), are vicariously liable for their respective minor child's willful, wanton and malicious conduct up to the individual amounts specified by N.C.G.S. §1-538.1.

32.    Plaintiff Hannover's damages are a direct and proximate result of the conduct of each of the alleged minors' willful and malicious conduct and Plaintiff Hannover is entitled to recover of the Defendant Parents and/or Legal Guardians up to the individual amounts specified by N.C.G.S. §1-538.1.

## FIFTH CAUSE OF ACTION
### (Defendant Parents' and/or Legal Guardians' Negligent Supervision)

33.     The allegations asserted in paragraphs 1-32 are incorporated as if fully asserted herein.

34.     The Parents and/or Legal Guardians failed to use due care in failing to exercise reasonable control over their respective minor child's behavior while each of the Parents and/or Legal Guardians had the ability and opportunity to control their respective minor child and knew or should have known of the necessity for exercising such control to avoid the Incident which damaged the Pandolfo's Home.

35.     As a direct and proximate result of the negligence and conduct of the Defendant Parents and/or Legal Guardians, the Pandolfo Home and its contents were damaged to the expense of Plaintiff Hannover and Plaintiff Hannover was damaged in an amount in excess of $10,000.00.

WHEREFORE, Plaintiff Insurance Corporation of Hannover, as Subrogee of Andrea Pandolfo and Rodney Pandolfo, prays for relief as follows:

1.     For judgment against Defendants, individually and collectively, for damages suffered by Plaintiff Insurance Corporation of Hannover in an amount in excess of $10,000.00;

2.     For pre-judgment and post-judgment interest on the damages;

3.     For other incidental and consequential damages suffered by Plaintiff Insurance Corporation of Hannover;

4.     That the costs of this action be taxed against Defendants; and

5.     For such other and further relief as the Court may deem just and proper.

This the 17th day of November, 2004.

Brady A. Yntema
N.C. State Bar No. 25771
*Attorney for Plaintiff Insurance Corporation of Hannover*

OF COUNSEL:

PINTO COATES KYRE & BROWN, PLLC
Post Office Box 4848
Greensboro, NC 27404
Telephone: (336) 282-8848

## DEMAND FOR JURY TRIAL

Plaintiff Insurance Corporation of Hannover hereby demands a jury trial on all issues raised or potentially raised by the pleadings as such or as may be amended.

This the 17th day of November, 2004.

_____
Brady A. Yntema
N.C. State Bar No. 25771
*Attorney for Plaintiff Insurance Corporation of Hannover*

OF COUNSEL:

PINTO COATES KYRE & BROWN, PLLC
Post Office Box 4848
Greensboro, NC 27404
Telephone: (336) 282-8848

# EXHIBIT B

NORTH CAROLINA

WAKE COUNTY

INSURANCE CORPORATION OF
HANNOVER AS SUBROGEE OF ANDREA
PANDOLFO AND RODNEY PANDOLFO
    Plaintiffs,

    vs.

WILLIAM RYAN, MARY JO RYAN,
DANIEL RYAN, MITCHELL STOKES,
JANET STOKES, KYLE STOKES, JAMES L.
MCCORMICK, PAMELA MCCORMICK,
MARY MCCORMICK, MOLLIE
MCCORMICK, MOLLY MCCORMICK,
JAMES M. MCGANN, MARY ANN
MCGANN, MELISSA MCGANN, ALVIN
WHITE, LINDA WHITE, BRETT WHITE,
JAMES R. WHITED, JANET WHITED,
BENJAMIN WHITED, BEN WHITED,
THEODORE WELLAND, KELLY
WELLAND, DAVID FORTUNE, NEENA
FORTUNE, LINDSAY FORTUNE, THOMAS
BRYNES, MAEYE BRYNES, BRENDAND
BRYNES, EDWARD LALLY, DIANE
LALLY, CAITLIN LALLY, SCOTT
WILSON, STEPHANIE WILSON, JESSICA
CURTIS AND JESSICA CURTIS,
    Defendants.

**NOTICE OF FILING
NOTICE OF REMOVAL
(OTHR)**

PLEASE TAKE NOTICE that Defendant, James L. McCormick, Pamela McCcormick, Mary McCormick a/k/a Mollie McCormick, by and through counsel (hereinafter collectively referred to as "Defendants McCormick"), in the above entitled action have filed their Notice of Removal, a copy of which is attached hereto, in the office of the Clerk for the United States District Court for the Eastern District of North Carolina on the 22nd day of December, 2004.

This the 22 day of December, 2004.

YOUNG MOORE & HENDERSON, P.A.

BY: _____
JAY P. TOBIN
Attorneys for Defendants
James L. McCormick,
Pamela McCormick and
Mary McCormick
P.O. Box 31627
Raleigh, NC 27622
(919) 782-6860

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing Notice of Filing

Notice of Removal upon the attorney shown below by depositing a copy of same in the United

States mail, postage prepaid, addressed to said attorney.

This the *22* day of December, 2004.

YOUNG MOORE AND HENDERSON P.A.

BY: _____

JAY P. TOBIN
Attorneys for Defendants
James L. McCormick,
Pamela McCormick and
Mary McCormick
P.O. Box 31627
Raleigh, NC 27622
(919) 782-6860

Served on:

Brady A. Yntema
Pinto Coates Kyre & Brown, PLLC
Post Office Box 4848
Greensboro, NC 27404
*Attorneys for Plaintiff*

Robert E. Smith, Esq.
Smith Law Offices, P.C.
Post Office Box 1069
Raleigh, North Carolina 27602
*Attorneys for Defendants, Diane Lally and Caitlin Lally*

William W. Pollock, Esq.
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
*Attorneys for Defendants, David Fortune, Neena Fortune, and Lindsay Fortune*

Jon Berkelhammer, Esq.
Montaye Sigmon McGee
Smith Moore, LLP
300 North Greene Street
Suite 1400
Post Office Box 21927 (Zip: 27420)
Greensboro, North Carolina 27401
*Attorneys for Defendants, Kelly Weiland, Theodore Weiland and Wanda Weiland*

Scott A. Scurfield, Esq.
Yates McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
*Attorneys for Defendants McGann*

Jeffery H. Blackwell, Esq.
Hedrick Eatman Gardner & Kincheloe, LLP
1508 Military Cutoff Road, Suite 202
Wilmington, North Carolina 28403
Telephone: 910-509-9664
Fax: 910-509-9630
*Attorneys for Defendants, Thomas Byrnes, Maeve Byrnes, Brendan Byrnes*

198-27/573534